IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLAIRE HICKEY, AKIRA KIRKPATRICK, VALERI NATOLI, CANDACE N. GRAHAM, NICHOLAS BOWES, AND CARLY SWARTZ, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSITY OF PITTSBURGH,<br><br>　　　　　Defendant. | Case No. 2:20-cv- 00690-WSS |

**AFFIDAVIT OF SETH R. LESSER IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Seth R. Lesser, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel Plaintiffs Claire Hickey, Akira Kirkpatrick, Valeri Natoli, Candace N. Graham, Nicholas Bowes, and Carly Swartz, on behalf of themselves and all others similarly situated (collectively, "Plaintiffs"), in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Seth R. Lesser, being duly sworn, do hereby depose and say as follows:

1.　　I am a partner of the law firm Klafter Olsen & Lesser LLP.

2.　　My business address is Two International Drive, Suite 350, Rye Brook, New York 10573.

3.　　I am a member in good standing of the bars of the States of New York, New Jersey, and the District of Columbia; the Supreme Court of the United States; U.S. District Court for the

Northern, Eastern, Western and Southern Districts of New York; U.S. District Court for the District of New Jersey; U.S. District Court for the District of Colorado; U.S. District Court for the Central District of Illinois; U.S. District Court for the Eastern and Western Districts of Michigan; U.S. District Court for the District of Connecticut; U.S. District Court for the Western District of Tennessee; U.S. Court of Appeals for the District of Columbia Circuit; U.S. Court of Appeals for the First Circuit; U.S. Court of Appeals for the Second Circuit; U.S. Court of Appeals for the Third Circuit; U.S. Court of Appeals for the Sixth Circuit; U.S. Court of Appeals for the Seventh Circuit; U.S. Court of Appeals for the Eighth Circuit; U.S. Court of Appeals for the Ninth Circuit; U.S. Court of Appeals for the Tenth Circuit; and U.S. Court of Appeals for the Eleventh Circuit.

4. My bar identification numbers are New York No. 2265585 and New Jersey No. 051051988.

5. A current certificate of good standing from the Bar of the State of New York is attached to this Affidavit as Exhibit A.

6. I have no previous disciplinary proceedings concerning my practice of law that resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court.

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

DATED: August 25, 2020

/s/ *Seth R. Lesser*
Seth R. Lesser
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573
(914) 934-9200
*Counsel for Plaintiff*